# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2024R00302)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.    1:26-CR-00221

MAGISTRATE CASE NO.

Indictment
DATE:

X Information
DATE: May 21, 2026

DATE:

UNITED STATES OF AMERICA
vs.
MATTHEW KELLY

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**    Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**    X Yes   No
**Is the defendant a fugitive?**    Yes   X No
**Has the defendant been released on bond?**    Yes   X No

**Will the defendant require an interpreter?**    Yes   X No

Attorney:  Samir Kaushal
Defense Attorney: