ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 2 1 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | Criminal Action No. |
| MATTHEW KELLY | 1:26-CR-00221 |

I, Matthew Kelly, the above-named defendant, who is accused of criminal conspiracy, in violation of 18 U.S.C. § 371, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ~~April 16, 2026~~ MAY 21, 2026, prosecution by indictment and consent that the proceeding may be by information rather than by indictment. I further have elected not to request discovery under Rule 16 of the Federal Rules of Criminal Procedure and hereby waive the right to discovery under Rule 16.

_____
Matthew Kelly
Defendant

_____
Donald F. Samuel
Counsel for Defendant

Before _____
Judicial Officer