U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 2 1 2026

KEVIN P. WEIMER, Clerk
By:
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 1:26-CR-00221

I, Matthew Kelly, defendant, having received a copy of the Information and having been arraigned, plead Not Guilty to the sole count of the Information.

In Open Court this 21st day of May, 2026.

_____
SIGNATURE (Defense Attorney)

_____
SIGNATURE (Defendant)
Matthew Kelly

## INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 704-262-2275
Bar Number: 624475

88 Carpenter Rd
Hopewell Jct NY 12533

Phone: 845-520-0119

Filed in Open Court by:

_____
(Signature)

5/21/26
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12