# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cr-00221-VMC
## USA v. Kelly
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 07/09/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:25 A.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:25                 DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Matthew Kelly Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Brett Ruff representing USA<br>Donald Samuel representing Matthew Kelly |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty plea and plea agreement. |
| MINUTE TEXT: | Guilty plea entered to the Information. |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 12/10/26 at 10:00 AM in Courtroom 2105; |